IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL RUSSELL ANDREWS, SR., | ) |
| Plaintiff, | ) ) ) 2:19-cv-1443-NR-PLD ) |
| v. | ) ) |
| UNIT MANAGER BEHR, et al., | ) ) ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT & RECOMMENDATION (ECF 156)**

This is a *pro se* prisoner civil rights action. Presently before the Court is Magistrate Judge Patricia Dodge's Report and Recommendation (ECF 156), recommending that the Court grant the motion for summary judgment filed by Defendant Traci Parkes.

The Court notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), and Rule 72.D.2 of the Local Civil Rules, objections to the Report & Recommendation were due by no later than July 11, 2022. No party filed objections.[1]

Upon a *de novo* review of the record and the Report & Recommendation, the Court will adopt the Report & Recommendation. The Court finds no clear error on the face of the record, and therefore enters the following order.

---

[1] Mr. Andrews did file a "Sworn Affidavit Statement of Facts" (ECF 158) that he later asked the Court to consider as part of his motion for summary judgment (ECF 169). That document, however, does not mention Ms. Parkes. ECF 158. Nor does Mr. Andrews's brief in support of his motion. ECF 170.

- 2 -

**AND NOW**, this **16th day of August, 2022**, it is hereby **ORDERED** that the Report & Recommendation (ECF 156) is adopted as the Opinion of the Court.

The Court further orders that the motion for summary judgment filed by Ms. Parkes is **GRANTED**.

BY THE COURT:

/s/ *J. Nicholas Ranjan*
United States District Judge
